IN THE UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:19-cr-00136 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| AMBER LYNN TULL a/k/a AMBER ) | |
| LYNN TULL-SHARP ) | |

## ORDER

Pursuant to 28 U.S.C. § 636(b), Magistrate Judge C. Clifford Shirley conducted a plea hearing by video conference on October 26, 2020. Magistrate Judge Shirley thereafter filed a Report and Recommendation (Doc. No. 22), recommending the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) update the record in this matter to reflect that the Defendant was married in 2018, subsequently changing her legal name to Amber Lynn Tull-Sharp; and (3) grant Defendant's motion to withdraw her not guilty plea to Counts One, Two, and Six of the Indictment. The Magistrate Judge further recommends the Court accept Defendant's plea of guilty to the following offenses in the Indictment: Count One, conspiracy to commit wire fraud, in violation of 28 U.S.C. §§ 1343 and 1349; Count Two, aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1); and Count Six, possession of stolen mail, in violation of 18 U.S.C. § 1708. The Magistrate Judge recommends the Court adjudicate the Defendant guilty of the charges in Counts One, Two, and Six of the Indictment and defer the decision on whether to accept the plea agreement until sentencing. The Magistrate Judge also recommends the Defendant remain on supervised release pending sentencing.

The Report and Recommendation informed the parties that any objections to the recommendation must be filed and served no later than fourteen days after the plea hearing. Neither party has filed objections.

After reviewing the Report and Recommendation and the record in this case, the Court finds that the Magistrate Judge's Report and Recommendation (Doc. No. 22) should be **ADOPTED** and **APPROVED**. Accordingly, as set forth on the record, the Court finds Defendant's plea hearing could not be further delayed without serious harm to the interests of justice. Defendant's motion to withdraw her plea of not guilty to Courts One, Two and Six of the Indictment is **GRANTED**. Defendant's plea of guilty to Counts One, Two and Six of the Indictment is **ACCEPTED** and Defendant is **ADJUDGED** guilty of the charges set forth in Counts One, Two, and Six of the Indictment. Defendant shall remain on supervised release pending sentencing. The sentencing hearing will be set by separate order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION